3/6/08

## APPEARANCE BOND FOR A MATERIAL WITNESS

AUSA Approval: _WK_

FILED
08 MAR 14 AM 11:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| United States District Court | Southern District of California |
|---|---|
| United States of America v. QUINONES-LEGARDA | Crim. Case No. _____ CP Magis. Case No. 08 mj 707 |

We, __Jason Arncoya__ (name of surety) and __Rocio Carrillo-Ramirez__ (name of material witness), post this bond and acknowledge we and our personal representatives are bound to pay the United States of America the sum of $ __5,000__ and there has been deposited in the Registry of the Court the sum of $ __500__ in cash. This bond is conditioned upon and posted to secure the appearance of material witness __Rocio Carrillo-Ramirez__ to testify as a witness in the case noted above, before the assigned United States Magistrate Judge or District Judge, in the United States District Court for the Southern District of California, at San Diego, California, and at such other places as the material witness may be required to appear in accordance with any and all court orders and directions given or issued by the Magistrate Judge or any District Judge relating to the material witness' appearance in the case noted above, whether the case remains in that district or is transferred to any other district. The appearance bond further secures the above noted material witness' compliance with any court order, including surrendering to the INS.

If the material witness adheres to and performs every condition of this bond, and appears at court as directed or ordered, this bond shall be exonerated, but if the material witness fails to perform any condition of this bond, or fails to appear at court as directed or ordered, payment of this bond shall be due immediately. Any Magistrate Judge or District Judge authorized to preside over the case noted above may declare a forfeiture of this bond if the material witness breaches any condition of this bond. If the bond is forfeited and the forfeiture is not set aside or remitted, a judgment may be entered upon a motion filed in the United States District Court for the Southern District of California against the surety for the amount stated above, with costs and interest added, and execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and the other laws of the United States.

Material Witness' Signature: __Rocio Aide Carrillo R.__   Surety's Signature: _____

Surety's Home Address: __703 10th ST. Glenwood Springs, Col. 81601__

Material Witness' U.S. Address: __as above__

Acknowledgment: The surety noted above signed this bond before me, __NEIL TROP__ (print name of person witnessing surety's signature), on __3-10-08__ (date), at __Encinitas, CA.__ (city/state).

My address is: __1991 VILLAGE PARK WAY #160 Encinitas, CA. 92024__

Signature Of Person Witnessing Surety's Signature: _____   Dated: __3-10-08__

Bond Approved: _____, United States Magistrate Judge or District Judge

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

K:\COMMON\CSA\forms\2005\matwit bnd revised

[Revised 8/98]

## AFFIDAVIT BY THE OWNER OF THE CASH SECURITY FOR THIS BOND

I, JASON AMAYA (print name of owner of cash), state that I reside at 703 10TH ST. Glenwood Springs Colorado 81601, and that I am the owner of the $ 590.00 cash deposited in the Registry of the Court as security for this bond. That money is to be returned to me at the address noted here upon the exoneration of this bond.

I consent to subjecting those funds to the Local Court Rules of the United States District Court for the Southern District of California pertaining to bonds, and I consent, upon receiving notice of not less than ten days, to proceeding summarily to the rendering of a judgment against that cash security upon the breach of a condition under this bond or by the contumacy of the material witness.

Dated: 3-10-08

_____
Signature of the Owner of the Cash Security

## FINANCIAL JUSTIFICATION OF THE SURETY

I, JASON AMAYA (print name of surety), state under penalty of perjury under the laws of the United States of America, that I have a net worth of at least $ 50K, and that I reside at 703 10TH ST. Glenwood Springs, Colorado 81601.

Dated: 3-10-08

_____
Signature of the Surety

## SURETY AGREEMENT

I understand by signing this bond I will be responsible for the material witness' appearance in court and for his or her compliance with any and all conditions of the release and orders as directed by the court. If the material witness does not appear in court as ordered or comply with the conditions of the release and any court orders, I will be required to pay the full amount of the bond, and any cash security I posted with the court may be taken by the United States Government to partially satisfy the obligation of this bond, and a judgment may be entered against me for the full amount of the bond.

Dated: 03/10/08

_____
Signature of the Surety

RECEIVED
MAR 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY 148111 $500 DEPUTY

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

## MATERIAL WITNESS INFORMATION SHEET

**CASE INFORMATION**

Case Name: U.S. v. Quiroues-Legarda  Case No. 08mj707
AUSA Name: _____  AUSA Telephone: _____
Case Agent: Eric Velasquez  Agency: CBP

**INFORMATION ABOUT THE MATERIAL WITNESS**

Name: Rocio Cadillo-Ramirez  A-Number: 200 053 962
Date of Birth: 9-23-87  Immigration Status: Undocumented
Foreign Address: Calle Adolfo Ruiz Cortines 280 El Colorado Jal. Pto. Vallarta, Mx
Did The Material Witness Sign An I-826? ____  Relationship to Defendant: None

**PERSON MATERIAL WITNESS WILL RESIDE WITH DURING PENDENCY OF THE CASE**

Name: Same as Surety  Relationship to Witness: ____
Home Address: ____
Business Address: ____
Home Telephone: ____  Business Telephone: ____

**RELATIVE OF THE MATERIAL WITNESS RESIDING IN THE U.S.**

Name: ____  Relationship to Witness: ____
Home Address: ____
Business Address: ____
Home Telephone: ____  Business Telephone: ____

**ATTORNEY FOR THE MATERIAL WITNESS**

Name: Neil Trop  Tel: (760) 634-1285  Fax: (760) 634-1296
Address: 1991 Village Park Way #160 Encinitas, CA. 92024

**INFORMATION ABOUT THE SURETY**

Name: Jason Amaya  Relationship to Witness: Friend
Immigration Status: U.S. Citizen  Relationship to Defendant: None
Home Address: 707 10th St. Glenwood Springs, Col. 81601
Business Address: 130 Center Dr. Glenwood Springs, Col. 81601
Home Telephone: (970) 355-0123  Business Telephone: (970) 987-3559
Does The Surety Have An Immigration Record (if so, the charges): N/A
Does The Surety Have A Criminal Record (if so, the charges): N/A

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**FOR INS USE ONLY**

1. MATERIAL WITNESS ☐   SURRENDERED ☐   FAILED TO APPEAR ☐
2. _____

*Signature*                                *Date*

K:\COMMON\CSA\forms\2005\matwit_info_sht.wpd




The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni
difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos
aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas.

_[signature]_

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

PASSPORT / PASSEPORT / PASAPORTE
USA

UNITED STATES OF AMERICA

Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: 078107857

Surname / Nom / Apellidos: AMAYA
Given names / Prénoms / Nombres: JASON REIES
Nationality / Nationalité / Nacionalidad: UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento: 20 JUL 1976
Sex / Sexe / Sexo: M
Place of birth / Lieu de naissance / Lugar de nacimiento: COLORADO, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición: 27 DEC 2006
Authority / Autorité / Autoridad: United States Department of State
Date of expiration / Date d'expiration / Fecha de caducidad: 26 DEC 2016
Amendments / Modifications / Enmiendas: SEE PAGE 24

```
P<USAAMAYA<<JASON<REIES<<<<<<<<<<<<<<<<<<<<<
0781078571USA7607202M1612262<<<<<<<<<<<<<<06
```

| Form **W-2 Wage and Tax Statement 2007** | | | |
|---|---|---|---|
| | 7 Social security tips | 1 Wages, tips, other compensation<br>1524.00 | 2 Federal income tax withheld<br>76.32 |
| c Employer's name, address and ZIP code<br>CHEVROLET CADILLAC OF GOLDSBOR<br>3300 HWY 70 BYPASS EAST<br>GOLDSBORO, NC 27532 | 8 Allocated tips | 3 Social security wages<br>1524.00 | 4 Social security tax withheld<br>94.49 |
| | 9 Advance EIC payment | 5 Medicare wages and tips<br>1524.00 | 6 Medicare tax withheld<br>22.10 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| e Employee's name, address and ZIP code    Suff.<br>JASON R AMAYA<br>PO BOX 892<br>GLENWOOD SPRINGS, CO 81602 | 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b |
| | b Employer identification number<br>34-2046751 | | 12c |
| | d Employee's social security number<br>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 | | 12d |
| 15 State  Employer's state ID number<br>NC   600525989 | 16 State wages, tips, etc.<br>1524.00 | 17 State income tax<br>71.00 | 18 Local wages, tips, etc.   19 Local income tax   20 Locality name |

Copy B To Be Filed With Employee's FEDERAL Tax Return    This information is being furnished to the Internal Revenue Service    **Dept. of the Treasury - IRS**
OMB No. 1545-0008    Visit the IRS Web Site at www.irs.gov

DEPT. 7101S    DIV. 2    EMP. 3048

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| Form **W-2 Wage and Tax Statement 2007** | | | |
|---|---|---|---|
| | 7 Social security tips | 1 Wages, tips, other compensation<br>1524.00 | 2 Federal income tax withheld<br>76.32 |
| c Employer's name, address and ZIP code<br>CHEVROLET CADILLAC OF GOLDSBOR<br>3300 HWY 70 BYPASS EAST<br>GOLDSBORO, NC 27532 | 8 Allocated tips | 3 Social security wages<br>1524.00 | 4 Social security tax withheld<br>94.49 |
| | 9 Advance EIC payment | 5 Medicare wages and tips<br>1524.00 | 6 Medicare tax withheld<br>22.10 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| e Employee's name, address and ZIP code    Suff.<br>JASON R AMAYA<br>PO BOX 892<br>GLENWOOD SPRINGS, CO 81602 | 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b |
| | b Employer identification number<br>34-2046751 | | 12c |
| | d Employee's social security number<br>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 | | 12d |
| 15 State  Employer's state ID number<br>NC   600525989 | 16 State wages, tips, etc.<br>1524.00 | 17 State income tax<br>71.00 | 18 Local wages, tips, etc.   19 Local income tax   20 Locality name |

Copy C for EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.)    OMB No. 1545-0008    **Dept. of the Treasury - IRS**
Visit the IRS Web Site at www.irs.gov

| Form **W-2 Wage and Tax Statement 2007** | | | |
|---|---|---|---|
| | 7 Social security tips | 1 Wages, tips, other compensation<br>1524.00 | 2 Federal income tax withheld<br>76.32 |
| c Employer's name, address and ZIP code<br>CHEVROLET CADILLAC OF GOLDSBOR<br>3300 HWY 70 BYPASS EAST<br>GOLDSBORO, NC 27532 | 8 Allocated tips | 3 Social security wages<br>1524.00 | 4 Social security tax withheld<br>94.49 |
| | 9 Advance EIC payment | 5 Medicare wages and tips<br>1524.00 | 6 Medicare tax withheld<br>22.10 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| e Employee's name, address and ZIP code    Suff.<br>JASON R AMAYA<br>PO BOX 892<br>GLENWOOD SPRINGS, CO 81602 | 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b |
| | b Employer identification number<br>34-2046751 | | 12c |
| | d Employee's social security number<br>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 | | 12d |
| 15 State  Employer's state ID number<br>NC   600525989 | 16 State wages, tips, etc.<br>1524.00 | 17 State income tax<br>71.00 | 18 Local wages, tips, etc.   19 Local income tax   20 Locality name |

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return    OMB No. 1545-0008    **Dept. of the Treasury - IRS**

| Form **W-2 Wage and Tax Statement 2007** | | | |
|---|---|---|---|
| | 7 Social security tips | 1 Wages, tips, other compensation<br>1524.00 | 2 Federal income tax withheld<br>76.32 |
| c Employer's name, address and ZIP code<br>CHEVROLET CADILLAC OF GOLDSBOR<br>3300 HWY 70 BYPASS EAST<br>GOLDSBORO, NC 27532 | 8 Allocated tips | 3 Social security wages<br>1524.00 | 4 Social security tax withheld<br>94.49 |
| | 9 Advance EIC payment | 5 Medicare wages and tips<br>1524.00 | 6 Medicare tax withheld<br>22.10 |
| | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| e Employee's name, address and ZIP code    Suff.<br>JASON R AMAYA<br>PO BOX 892<br>GLENWOOD SPRINGS, CO 81602 | 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b |
| | b Employer identification number<br>34-2046751 | | 12c |
| | d Employee's social security number<br>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 | | 12d |
| 15 State  Employer's state ID number<br>NC   600525989 | 16 State wages, tips, etc.<br>1524.00 | 17 State income tax<br>71.00 | 18 Local wages, tips, etc.   19 Local income tax   20 Locality name |

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return    OMB No. 1545-0008    **Dept. of the Treasury - IRS**

FORM 5208    ® Printed on Recycled Paper

| 22222 | Void ☐ | a Employee's social security number 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 | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 84-1088803 | | | 1 Wages, tips, other compensation 7064.62 | 2 Federal income tax withheld 579.12 | |
| c Employer's name, address, and ZIP code TWO RIVERS CHEVROLET 130 CENTER DRIVE GLENWOOD SPRINGS   CO 81601 | | | 3 Social security wages 7064.62 | 4 Social security tax withheld 438.00 | |
| | | | 5 Medicare wages and tips 7064.62 | 6 Medicare tax withheld 102.44 | |
| | | | 7 Social security tips | 8 Allocated tips | |
| d Control number 0001*0001 | | | 9 Advance EIC payment | 10 Dependent care benefits | |
| e Employee's name, address, city, and ZIP code JASON R AMAYA 1038 SPRUCEWOOD LANE GLENWOOD SPRINGS   CO 81601 | | Suff. | 11 Nonqualified plans | 12a See instructions for box 12 | |
| | | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b | |
| | | | 14 Other | 12c | |
| | | | | 12d | |
| 15 State  Employer's state ID number CO  0483653 | 16 State wages, tips, etc. 7064.62 | 17 State income tax 224.00 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement     **2007**     Department of the Treasury—Internal Revenue Service
Copy 1—For State, City, or Local Tax Department
Copy D—For Employer.
For Privacy Act and Paperwork Reduction Act Notice, see the back of Copy D.

---

| 22222 | Void ☐ | a Employee's social security number 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 | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) 20-8136466 | | | 1 Wages, tips, other compensation 25699.60 | 2 Federal income tax withheld 2301.67 | |
| c Employer's name, address, and ZIP code VISTA CHEVROLET 130 CENTER DRIVE GLENWOOD SPRINGS   CO 81601 | | | 3 Social security wages 25699.60 | 4 Social security tax withheld 1593.38 | |
| | | | 5 Medicare wages and tips 25699.60 | 6 Medicare tax withheld 372.64 | |
| | | | 7 Social security tips | 8 Allocated tips | |
| d Control number 0001*0001 | | | 9 Advance EIC payment | 10 Dependent care benefits | |
| e Employee's name, address, city, and ZIP code JASON R AMAYA PO BOX 892 GLENWOOD SPRINGS   CO 81602 | | Suff. | 11 Nonqualified plans | 12a See instructions for box 12 | |
| | | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b | |
| | | | 14 Other | 12c | |
| | | | | 12d | |
| 15 State  Employer's state ID number CO  1558445 | 16 State wages, tips, etc. 25699.60 | 17 State income tax 843.00 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement     **2007**     Department of the Treasury—Internal Revenue Service
Copy 1—For State, City, or Local Tax Department
For Privacy Act and Paperwork Reduction Act Notice, see the back of Copy D.

VISTA CHEVROLET - GLENWOOD SPRINGS, CO 81601

| Comp # | Dept # | Employee # | Clock # | Social Security # | Name | Pay Period | Pay # | Pay Date | Check # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1035 | | | JASON R AMAYA | ENDING 02/29/08 | 4 | 02/29/08 | 52415 |

| Type | Hours | Rate | Earnings | YTD | Type | Earnings | YTD | Type | Ded Amt | Type | Ded Amt | Type | Ded Amt | YTD | Code | ST/Local | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAL | | | 163680 | 87680 | | | | A/R | 110000 | | | MED | 8093 | 32372 | | | |
| COMM | | | 36320 | | | | | | | | | DTL | 902 | 3608 | | | |
| | | | 200000 | <-TOT REG | | | | | | | | GARN | 20550 | 65550 | | | |
| | | | ******** | | | | | | | | | | | | | | |
| OTH | | | 110000 | 110000 | | | | | | | | | | | | | |
| | | | 110000 | <-TOT MSC | | | | | | | | | | | | | |

| This | Gross Pay | Fed Tax | S.S. Tax | Medi Tax | State Tax | Local Tax | SUI/SDI | Misc Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Pay | 310000 | 34724 | 18662 | 4365 | 11900 | | | 139545 | 100804 |
| YTD | 1022500 | 106266 | 61164 | 14305 | 37500 | | | | 591735 |

BEGINNING PAY PERIOD DATE: 2/16/08