# APPEARANCE BOND FOR A MATERIAL WITNESS

AUSA Approval: _WNR_

08 MAR 14 AM 11:28

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| United States District Court | Southern District of California |
|---|---|
| United States of America v. QUINONES- LEGARDA | Crim. Case No. _____ <br> Magis. Case No. 08 mj 707 |

We, _Jason Amaya_ (name of surety) and _Monica Ramirez- Rosales_ (name of material witness), post this bond and acknowledge we and our personal representatives are bound to pay the United States of America the sum of $ _5000_ and there has been deposited in the Registry of the Court the sum of $ _500_ in cash. This bond is conditioned upon and posted to secure the appearance of material witness _Monica Ramirez- Rosales_ to testify as a witness in the case noted above, before the assigned United States Magistrate Judge or District Judge, in the United States District Court for the Southern District of California, at San Diego, California, and at such other places as the material witness may be required to appear in accordance with any and all court orders and directions given or issued by the Magistrate Judge or any District Judge relating to the material witness' appearance in the case noted above, whether the case remains in that district or is transferred to any other district. The appearance bond further secures the above noted material witness' compliance with any court order, including surrendering to the INS.

If the material witness adheres to and performs every condition of this bond, and appears at court as directed or ordered, this bond shall be exonerated, but if the material witness fails to perform any condition of this bond, or fails to appear at court as directed or ordered, payment of this bond shall be due immediately. Any Magistrate Judge or District Judge authorized to preside over the case noted above may declare a forfeiture of this bond if the material witness breaches any condition of this bond. If the bond is forfeited and the forfeiture is not set aside or remitted, a judgment may be entered upon a motion filed in the United States District Court for the Southern District of California against the surety for the amount stated above, with costs and interest added, and execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and the other laws of the United States.

Material Witness' Signature: _Monica Ramirez_    Surety's Signature: _____

Surety's Home Address: _707 10TH ST. Glenwood Springs, Col. 81601_

Material Witness' U.S. Address: _as above_

Acknowledgment: The surety noted above signed this bond before me, _Neil Trop_ (print name of person witnessing surety's signature), on _3·10·08_ (date), at _Encinitas, CA·_ (city/state).

My address is: _1991 Village Park Way #60 Encinitas, CA. 92024_

Signature Of Person Witnessing Surety's Signature: _____ Dated: _3-10-08_

Bond Approved: _____, United States Magistrate Judge or District Judge

CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

[Revised 8/98]

## AFFIDAVIT BY THE OWNER OF THE CASH SECURITY FOR THIS BOND

I, _JASON AMAYA_ (print name of owner of cash), state that I reside at _703 10th ST. Glenwood Springs CO. 81601_, and that I am the owner of the $ _500.00_ cash deposited in the Registry of the Court as security for this bond. That money is to be returned to me at the address noted here upon the exoneration of this bond.

I consent to subjecting those funds to the Local Court Rules of the United States District Court for the Southern District of California pertaining to bonds, and I consent, upon receiving notice of not less than ten days, to proceeding summarily to the rendering of a judgment against that cash security upon the breach of a condition under this bond or by the contumacy of the material witness.

Dated: _3-10-08_

_____
Signature of the Owner of the Cash Security

## FINANCIAL JUSTIFICATION OF THE SURETY

I, _JASON AMAYA_ (print name of surety), state under penalty of perjury under the laws of the United States of America, that I have a net worth of at least $ _50K_, and that I reside at _703 10Th St. Glenwood Springs, Colorado_.

Dated: _3-10-08_

_____
Signature of the Surety

## SURETY AGREEMENT

I understand by signing this bond I will be responsible for the material witness' appearance in court and for his or her compliance with any and all conditions of the release and orders as directed by the court. If the material witness does not appear in court as ordered or comply with the conditions of the release and any court orders, I will be required to pay the full amount of the bond, and any cash security I posted with the court may be taken by the United States Government to partially satisfy the obligation of this bond, and a judgment may be entered against me for the full amount of the bond.

Dated: _3-10-08_

_____
Signature of the Surety

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

```
RECEIVED
MAR 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY Sei 148772 #500  DEPUTY
```

## MATERIAL WITNESS INFORMATION SHEET

CASE INFORMATION
Case Name: U.S. v. _Quinones-Leyvda_     Case No. _08mj707_
AUSA Name: _____     AUSA Telephone: _____
Case Agent: _Eric Velasquez_     Agency: _CBP_

INFORMATION ABOUT THE MATERIAL WITNESS
Name: _Monica Ramirez-Rosales_     A-Number: _200053963_
Date of Birth: _4/26/79_     Immigration Status: _Undocumented_
Foreign Address: _Calle Almendro 515 El Ranchito Jaliso Pto Vallarta, Mex_
Did The Material Witness Sign An I-826? _____     Relationship to Defendant: _none_

PERSON MATERIAL WITNESS WILL RESIDE WITH DURING PENDENCY OF THE CASE
Name: _Same as surety_     Relationship to Witness: _____
Home Address: _____
Business Address: _____
Home Telephone: _____     Business Telephone: _____

RELATIVE OF THE MATERIAL WITNESS RESIDING IN THE U.S.
Name: _____     Relationship to Witness: _____
Home Address: _____
Business Address: _____
Home Telephone: _____     Business Telephone: _____

ATTORNEY FOR THE MATERIAL WITNESS
Name: _UGL Trop_     Tel: _(760)634·1295_ Fax _(760)634·1296_
Address: _991 Village Park Way #160 Encinitas, CA. 92024_

INFORMATION ABOUT THE SURETY
Name: _Jason Amaya_     Relationship to Witness: _Friend_
Immigration Status: _U.S. Citizen_     Relationship to Defendant: _none_
Home Address: _707 10Th St. Glenwood Springs, Cal. 81601_
Business Address: _130 Center Drive Glenwood Springs, Col. 81601_
Home Telephone: _(970)355·0123_     Business Telephone: _(970) 987-3559_
Does The Surety Have An Immigration Record (if so, the charges): _N/A_
Does The Surety Have A Criminal Record (if so, the charges): _N/A_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
FOR INS USE ONLY
1.  MATERIAL WITNESS ☐     SURRENDERED ☐     FAILED TO APPEAR ☐

2. _____     _____
   *Signature*     *Date*

K:\COMMON\CSA\forms\2005\matwit_info_sht.wpd





*The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni
difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos
aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

PASSPORT
PASSEPORT
PASAPORTE
USA

**UNITED STATES OF AMERICA**

Type / Type / Tipo  Code / Code / Código  Passport No. / No. du Passeport / No. de Pasaporte
P                    USA                    078107857

Surname / Nom / Apellidos
AMAYA

Given names / Prénoms / Nombres
JASON REIES

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
20 JUL 1976

Sex / Sexe / Sexo   Place of birth / Lieu de naissance / Lugar de nacimiento
M                    COLORADO, U.S.A.

Date of issue / Date de délivrance / Fecha de expedición
27 DEC 2006

Authority / Autorité / Autoridad
United States
Department of State

Date of expiration / Date d'expiration / Fecha de caducidad
26 DEC 2016

Amendments / Modifications / Enmiendas
SEE PAGE 24

P<USAAMAYA<<JASON<REIES<<<<<<<<<<<<<<<<<<<<<
0781078571USA7607202M1612262<<<<<<<<<<<<<<06

| | 1 Wages, tips, other compensation 1524.00 | 2 Federal income tax withheld 76.32 |
|---|---|---|
| 7 Social security tips | | |
| **Form W-2 Wage and Tax Statement 2007** | 3 Social security wages 1524.00 | 4 Social security tax withheld 94.49 |
| 8 Allocated tips | | |
| c Employer's name, address and ZIP code | 9 Advance EIC payment | 5 Medicare wages and tips 1524.00 | 6 Medicare tax withheld 22.10 |
| CHEVROLET CADILLAC OF GOLDSBOR 3300 HWY 70 BYPASS EAST GOLDSBORO, NC  27532 | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| | 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b |
| e Employee's name, address and ZIP code    Suff. | | | 12c |
| JASON R AMAYA PO BOX 892 GLENWOOD SPRINGS, CO 81602 | b Employer identification number 34-2046751 | | 12d |
| | d Employee's social security number 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 | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NC | 600525989 | 1524.00 | 71.00 | | | |

Copy B To Be Filed With Employee's FEDERAL Tax Return

This information is being furnished to the Internal Revenue Service
OMB No. 1545-0008

Dept. of the Treasury - IRS
Visit the IRS Web Site at www.irs.gov.

---

DEPT.  7101S    DIV.  2    EMP.  3048

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| **Form W-2 Wage and Tax Statement 2007** | 1 Wages, tips, other compensation 1524.00 | 2 Federal income tax withheld 76.32 |
|---|---|---|
| 7 Social security tips | | |
| | 3 Social security wages 1524.00 | 4 Social security tax withheld 94.49 |
| 8 Allocated tips | | |
| c Employer's name, address and ZIP code | 9 Advance EIC payment | 5 Medicare wages and tips 1524.00 | 6 Medicare tax withheld 22.10 |
| CHEVROLET CADILLAC OF GOLDSBOR 3300 HWY 70 BYPASS EAST GOLDSBORO, NC  27532 | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| | 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b |
| e Employee's name, address and ZIP code    Suff. | | | 12c |
| JASON R AMAYA PO BOX 892 GLENWOOD SPRINGS, CO 81602 | b Employer identification number 34-2046751 | | 12d |
| | d Employee's social security number 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 | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NC | 600525989 | 1524.00 | 71.00 | | | |

Copy C for EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.)

OMB No. 1545-0008

Dept. of the Treasury - IRS
Visit the IRS Web Site at www.irs.gov.

---

| **Form W-2 Wage and Tax Statement 2007** | 1 Wages, tips, other compensation 1524.00 | 2 Federal income tax withheld 76.32 |
|---|---|---|
| 7 Social security tips | | |
| | 3 Social security wages 1524.00 | 4 Social security tax withheld 94.49 |
| 8 Allocated tips | | |
| c Employer's name, address and ZIP code | 9 Advance EIC payment | 5 Medicare wages and tips 1524.00 | 6 Medicare tax withheld 22.10 |
| CHEVROLET CADILLAC OF GOLDSBOR 3300 HWY 70 BYPASS EAST GOLDSBORO, NC  27532 | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| | 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b |
| e Employee's name, address and ZIP code    Suff. | | | 12c |
| JASON R AMAYA PO BOX 892 GLENWOOD SPRINGS, CO 81602 | b Employer identification number 34-2046751 | | 12d |
| | d Employee's social security number 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 | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NC | 600525989 | 1524.00 | 71.00 | | | |

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return

OMB No. 1545-0008

Dept. of the Treasury - IRS

---

| **Form W-2 Wage and Tax Statement 2007** | 1 Wages, tips, other compensation 1524.00 | 2 Federal income tax withheld 76.32 |
|---|---|---|
| 7 Social security tips | | |
| | 3 Social security wages 1524.00 | 4 Social security tax withheld 94.49 |
| 8 Allocated tips | | |
| c Employer's name, address and ZIP code | 9 Advance EIC payment | 5 Medicare wages and tips 1524.00 | 6 Medicare tax withheld 22.10 |
| CHEVROLET CADILLAC OF GOLDSBOR 3300 HWY 70 BYPASS EAST GOLDSBORO, NC  27532 | 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 |
| | 13 Statutory employee / Retirement plan / Third-party sick pay | 14 Other | 12b |
| e Employee's name, address and ZIP code    Suff. | | | 12c |
| JASON R AMAYA PO BOX 892 GLENWOOD SPRINGS, CO 81602 | b Employer identification number 34-2046751 | | 12d |
| | d Employee's social security number 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 | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NC | 600525989 | 1524.00 | 71.00 | | | |

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return

OMB No. 1545-0008

Dept. of the Treasury - IRS

FORM 5208    ® Printed on Recycled Paper

| 22222 | Void ☐ | **a** Employee's social security number<br>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 | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| **b** Employer identification number (EIN)<br>84-1088803 | | | | **1** Wages, tips, other compensation<br>7064.62 | **2** Federal income tax withheld<br>579.12 |
| **c** Employer's name, address, and ZIP code<br>TWO RIVERS CHEVROLET<br>130 CENTER DRIVE<br>GLENWOOD SPRINGS   CO 81601 | | | | **3** Social security wages<br>7064.62 | **4** Social security tax withheld<br>438.00 |
| | | | | **5** Medicare wages and tips<br>7064.62 | **6** Medicare tax withheld<br>102.44 |
| | | | | **7** Social security tips | **8** Allocated tips |
| | | | | **9** Advance EIC payment | **10** Dependent care benefits |
| **d** Control number<br>0001*0001 | | | Suff. | **11** Nonqualified plans | **12a** See instructions for box 12 |
| **e** Employee's name, address, city, and ZIP code<br>JASON R AMAYA<br><br>1038 SPRUCEWOOD LANE<br>GLENWOOD SPRINGS   CO 81601 | | | | **13** Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | **12b** |
| | | | | **14** Other | **12c** |
| | | | | | **12d** |

| **15** State  Employer's state ID number | **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |
|---|---|---|---|---|---|
| CO  0483653 | 7064.62 | 224.00 | | | |

Form **W-2**  Wage and Tax Statement                    **2007**

Copy 1—For State, City, or Local Tax Department
Copy D—For Employer.

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see the back of Copy D.

---

| 22222 | Void ☐ | **a** Employee's social security number<br>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 | OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| **b** Employer identification number (EIN)<br>20-8136466 | | | | **1** Wages, tips, other compensation<br>25699.60 | **2** Federal income tax withheld<br>2301.67 |
| **c** Employer's name, address, and ZIP code<br>VISTA CHEVROLET<br>130 CENTER DRIVE<br>GLENWOOD SPRINGS   CO 81601 | | | | **3** Social security wages<br>25699.60 | **4** Social security tax withheld<br>1593.38 |
| | | | | **5** Medicare wages and tips<br>25699.60 | **6** Medicare tax withheld<br>372.64 |
| | | | | **7** Social security tips | **8** Allocated tips |
| | | | | **9** Advance EIC payment | **10** Dependent care benefits |
| **d** Control number<br>0001*0001 | | | Suff. | **11** Nonqualified plans | **12a** See instructions for box 12 |
| **e** Employee's name, address, city, and ZIP code<br>JASON R AMAYA<br><br>PO BOX 892<br>GLENWOOD SPRINGS   CO 81602 | | | | **13** Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | **12b** |
| | | | | **14** Other | **12c** |
| | | | | | **12d** |

| **15** State  Employer's state ID number | **16** State wages, tips, etc. | **17** State income tax | **18** Local wages, tips, etc. | **19** Local income tax | **20** Locality name |
|---|---|---|---|---|---|
| CO  1558445 | 25699.60 | 843.00 | | | |

Form **W-2**  Wage and Tax Statement                    **2007**

Copy 1—For State, City, or Local Tax Department

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see the back of Copy D.

| | | | | | | | | | Pay Period | | Pay # | Pay Date | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VISTA CHEVROLET · GLENWOOD SPRINGS, CO 81601 | | | | | Name | | | | ENDING 02/29/08 | | 4 | 02/29/08 | 52415 |
| Comp # | Dept # | Employee # | Clock # | Social Security # | JASON R AMAYA | | | | | | | | YTD |
| 1 | 1 | 1035 | | | | Type | Ded Amt | Type | Ded Amt | Type | Ded Amt | YTD | Code ST/Local YTD |
| Type | Hours | Rate | Earnings | YTD | Type | Earnings | YTD | A/R | 110000 | | MED | 8093 | 32372 |
| SAL | | | 163680 | 87680 | | | | | | | DTL | 902 | 3608 |
| COMM | | | 36320 | | | | | | | | GARN | 20550 | 65550 |
| | | | 200000 | <-TOT REG | | | | | | | | | |
| | | | ******* | | | | | | | | | | |
| OTH | | | 110000 | 110000 | | | | | | | | | |
| | | | 110000 | <-TOT MSC | | | | | | | | | |

| | Gross Pay | Fed Tax | S.S. Tax | Medi Tax | State Tax | Local Tax | SUI/SDI | Misc Ded | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| This Pay | 310000 | 34724 | 18662 | 4365 | 11900 | | | 139545 | 100804 |
| YTD | 1022500 | 106266 | 61164 | 14305 | 37500 | | | | 591735 |

BEGINNING PAY PERIOD DATE: 2/16/08