UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Quinones-Legorda<br><br>Defendant(s) | CRIMINAL NO. 08mj707<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

**CATHY ANN BENCIVENGO**

On order of the United States District/(Magistrate Judge),

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted)/ Case Disposed / Order of Court).

Monica Ramirez-Rosales

DATED: 3/14/08

RECEIVED 2008 MAR 14 A 2:33 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED _____ DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. / Clerk

by _____ Deputy Clerk