AO 455 (Rev. 5/85) Waiver of Indictment

FILED

MAR 20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| LUIS QUINONES-LAGARDA<br>aka Antonio Aguilera-Sanchez | CASE NUMBER: 08CR0831-JLS |

I, LUIS QUINONES-LAGARDA, aka Antonio Aguilera-Sanchez, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 3-20-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Luis Alberto Quinonez L
Defendant

_____
Defense Counsel

Before _____
          Judicial Officer